**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**In Re:**

Thomas Richard Cook
Deborah Lynn Cook

Case No.: 07-34481
Chapter 13 Proceeding
Hon. Daniel S. Opperman

**Debtors**
___________________________________/

**DEBTORS' OBJECTION TO CREDITOR, STATE OF MICHIGAN, PROOF OF CLAIM 22**

**NOW COME** Debtors, Thomas Richard Cook and Deborah Lynn Cook, by and through their attorney, David W. Brown, and hereby object to State of Michigan, Department of Treasury's Proof of Claim 22 as stated below:

1. Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on December 21, 2007 in the Eastern District of Michigan.
2. Creditor, State of Michigan, Department of Treasury, filed Proof of Claim 22 in the amount of $26,816.92 on March 28, 2008.
3. Creditor, State of Michigan, Department of Treasury, Filed a Proof of Claim 20 in the Amount $20,984.52 on March 28, 2008.
4. Creditor, State of Michigan, Department of Treasury, filed an amended Proof of Claim on April 30, 2012 in the amount of $20,984.52.
5. It appears Proof of Claim 20 and Amended Claim 22 are duplicate claims.
6. The duel Claim results from corporate tax liability which made the Debtor's jointly and severally liable on the debt resulting in two claims. The debt has now been satisfied and the duel claim must be removed.

**WHEREFORE**, Debtors, Thomas Richard Cook and Deborah Lynn Cook, request that this Honorable Court deny Creditor's Claim in the amount of $20,984.52 and any further just and equitable relief as this Court deems necessary.

Respectfully submitted,

**Law Offices of David W. Brown, P.L.L.C**

Date: April 10, 2013

/s/ DAVID W. BROWN

**David W. Brown (P58113)**
Attorney for Debtors
1820 North Lapeer Road, Suite 2A
Lapeer, Michigan 48446
(810) 245-6082; Fax (810) 245-6631
dbrownatt@sbcglobal.net