Form B20B (Official Form 20B)
(9/97)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:                                                         Case No.: 07-34481
Thomas Richard Cook                         Chapter 13
Deborah Lynn Cook                          Hon. Daniel S. Opperman

Debtor.
_____/

### NOTICE OF OBJECTION TO CLAIM

Debtor(s), Thomas Richard Cook and Deborah Lynn Cook, has filed an objection to State of Michigan's claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied.** **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then **no later than seven days before the date set for the hearing** on the objection you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

**U.S. Bankruptcy Court**
226 West Second Street, Flint, MI 48502

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Thomas Cook and Deborah Cook c/o David W. Brown P58113 1820 N. Lapeer Rd, Ste 2A, Lapeer, MI 48446

Carl Bekofske, 400 N. Saginaw St. Ste 331
Flint, MI 48502-2045

2. Attend the hearing on the objection, scheduled to be held on June 18, 2013, at 10:00 a.m. in the Bankruptcy Courtroom, United States Bankruptcy Court, 226 West Second Street, Flint, MI 48502 unless your attendance is excused by mutual agreement between yourself and the objectors attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Date: April 12, 2013                            Signature:     /s/ David W. Brown P58113
                                                                   Name:        David W. Brown P58113
                                                                    Address:      1820 N. Lapeer Road, Ste 2A
                                                                                          Lapeer, MI 48446
                                                                                          dbrownatt@sbcglobal.net
                                                                                          810-245-6082